# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUSTIN MICHAEL MOY, ) <br> ) <br> Defendant. ) | CR02-174 JCC <br><br><br> **MINUTE ORDER** |

THE above named defendant is hereby Ordered RELEASED from the custody of the United States Marshal.

Dated this 4th day of October, 2005

*James P. Donohue*

James P. Donohue
U.S. Magistrate Judge