UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-174-JCC |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JUSTIN MICHAEL MOY, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on October 19, 2006. The United States was represented by AUSA Patricia Lally and the defendant by Robert Leen. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 6, 2002 by the Honorable John C. Coughenour on a charge of Uttering Forged Securities, and sentenced to nine months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug testing, not possess any firearm, submit to search, participate in substance abuse treatment and counseling, abstain from alcohol, participate in mental health

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

treatment, maintain a single checking account, provide access to financial information including business records if applicable, disclose all assets and liabilities, allow inspection of computer, no new credit, do not possess identification in any but true name, and report all vehicles owned and operated by defendant. (Dkt. 22).

On February 25, 2004, defendant admitted to violating the conditions of supervised release by resisting arrest. (Dkt. 20). Defendant was sentenced to 60 days home confinement with electronic monitoring. (Dkt. 32).

On November 9, 2005 defendant was sentenced to four months imprisonment for violating supervised release by leaving the jurisdiction without permission and committing the crime of attempted theft, followed by twelve months supervised release. (Dkt. 47).

In an application dated June 1, 2006 (Dkt 48), U.S. Probation Officer Felix Calvillo, Jr. alleged the following violations of the conditions of supervised release:

1. Committing the crime of Operating a Motor Vehicle without Insurance and Driving while License Suspended, in King County, Washington on or about April 19, 2006 in violation of the general condition that he not commit a federal, state or local crime.

2. Committing the crime of Failing to Wear a Safety Belt, in King County, Washington on or about April 20, 2006, in violation of the general condition that he not commit a federal, state or local crime.

3. Committing the crime of Driving Under the Influence - Liquor and Driving While License Suspended 3rd Degree, in King County, Washington on or about April 21, 2006 in violation of the general condition that he not commit a federal, state or local crime. (This violation was amended to charge committing the crime of Negligent Driving in the 1st degree).

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violation 1 and amended violation 3 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss violation 2.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1 and amended violation 3, that the Court dismiss violation 2, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 19th day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:         Honorable John C. Coughenour
      AUSA:                   Patricia Lally
      Defendant's attorney:   Robert Leen
      Probation officer:      Felix Calvillo, Jr.